# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2327

_____

ALFRED MAURICE BLAKELY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

August 12, 2026

PER CURIAM.

Appellant argues that the trial court erred in not excluding from evidence as a discovery violation a photograph showing his distinctive tattoo. *See generally Richardson v. State*, 246 So. 2d 771 (Fla. 1971). While the disclosure of the photograph was admittedly late, we hold that the trial court did not abuse its discretion in allowing the photograph to be admitted into evidence. *See Melton v. State,* 386 So. 3d 603, 608 (Fla. 1st DCA 2024) (applying abuse of discretion standard when "ruling on a request for sanctions for a discovery violation"). We agree with the trial court that Appellant suffered no prejudice since he could have been required to display his tattoo at trial. *See Jones v. State*, 748 So. 2d 1012, 1023 (Fla. 1999); *Flannigan v. State*, 86 So. 3d 1156, 1157–

58 (Fla. 4th DCA 2012). We therefore affirm Appellant's convictions and sentences.

AFFIRMED.

ROWE, BILBREY, and LONG, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————


Jessica J. Yeary, Public Defender, and Kasey Lacey, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Robert Charlie Lee, Assistant Attorney General, Tallahassee, for Appellee.